No. 04–9948. PURKERSON v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–9978. BLACKERT v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 04–9979. CASEY v. MOORE. C. A. 9th Cir. Certiorari denied.

No. 04–9984. SAIZ v. ORTIZ, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–10003. HOOD v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–10007. QIANG HUANG v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10037. KIRBY v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 04–10065. CARTER v. TEXAS DEPARTMENT OF HEALTH ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–10097. PORTER v. PORTER. Ct. App. N. Y. Certiorari denied.

No. 04–10105. MADDEN v. HIRSCH ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–10108. DUMAS v. DUMOLT ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–10123. FARMER v. POWERS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–10130. HOWARD v. WEST VIRGINIA. Cir. Ct. Pocahontas County, W. Va. Certiorari denied.

No. 04–10176. AYINGONO, AKA HERNANDEZ MORETA v. BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.